**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Michael Hedlund,<br><br>  Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Respondents. | No. CV-19-05751-PHX-DLR<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u> |

Before the Court is Petitioner Charles Hedlund's Motion for Temporary Stay and Abeyance. (Doc. 6.) In an order dated December 10, 2019, the Court directed Respondents "to file, no later than January 9, 2020, a response to Petitioner's argument that his petition is not a second or successive petition requiring authorization from the Ninth Circuit under 28 U.S.C. § 2244(b)(3)(A)." (Doc. 4 at 2.)

Hedlund seeks to stay the case and hold it in abeyance until the resolution of his petition for certiorari presently pending in the United States Supreme Court. *See Hedlund v. Arizona*, No. 19-5247; *see also McKinney v. Arizona*, No. 18-1109.

Respondents do not object to a stay. (Doc. 7.) They ask the Court to order that the stay will dissolve on resolution of Hedlund's certiorari petition and that Respondents shall then have 21 days to submit their brief responding to Hedlund's argument that his petition is not second in time or successive. (*Id.*)

Accordingly,

**IT IS ORDERED** granting Hedlund's motion for a stay. (Doc. 6.) This matter is stayed pending resolution of Hedlund's certiorari petition. From the date the petition is resolved, Respondents shall have 21 days to submit their brief responding to Hedlund's argument that his petition is not second in time or successive.

**IT IS FURTHER ORDERED** denying as moot Respondents' motion for an extension of the deadline for complying with the Court's December 10, 2019, order. (Doc. 8.)

Dated this 14th day of January, 2020.

Douglas L. Rayes
United States District Judge